

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00043-CR

Leslie **BIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 334135
Honorable Wayne A. Christian, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to withdraw appeal is GRANTED, and this appeal is DISMISSED.

SIGNED March 26, 2014.

_____
Catherine Stone, Chief Justice